IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO R. MORENO,

     Plaintiff,　　　　　　　　No. Civ. S-01-725-DFL

  v.　　　　　　　　　　　　　　O R D E R

CITY OF SACRAMENTO, et al.,

     Defendant.
_____/

    Defendants seek reconsideration of the court's denial of a motion to continue the trial date.  Defendants state that the court did not give reasons for its decisions.  This is not a fair characterization of the court's order.  The court rested its decision on three considerations: (1)  plaintiff's counsel has other trial commitments that would cause a conflict if the continuance were granted; (2) there are two attorneys in the state court trial and Mr. Cregger is not the lead attorney; and, (3) there has been no showing that counsel for the defendants attempted to expedite the state court trial or even made the trial judge aware of the potential for conflict.  In these

1

circumstances, defendants do not show either good cause or manifest injustice.  The motion for reconsideration does not weaken the force of the above three considerations.

It is unfortunate that counsel are unable to resolve this problem or make suggestions that might ease the burden on both sides.  If plaintiff's immediate housing needs were the only issue, presumably the parties could bargain to a resolution on the trial date.  In the face of intransigence on both sides, however, the court has no practical alternative than to insist on the agreed upon trial date.  To do otherwise simply transfers defense counsel's problem to plaintiff's counsel.  This is not fair and does not constitute good cause or any other standard for amendment of the trial schedule.  Nor will the court permit defense counsel to dictate trial dates to the court based on unwise predictions and planning.  The motion for reconsideration is DENIED.  Notwithstanding this ruling, counsel are urged to attempt to reach some mutually acceptable resolution of this issue with the assistance of the court's courtroom deputy.

IT IS SO ORDERED.

Dated: 13 May 2005

---
DAVID F. LEVI
United States District Judge