```
1  RANDOLPH CREGGER & CHALFANT  LLP
   ADRIAN L. RANDOLPH, State Bar No. 133577
2  THOMAS A. CREGGER, State Bar No. 124402
   ROBERT L. CHALFANT, State Bar No. 203051
3  1030 G Street
   Sacramento, California  95814
4  Telephone:  (916) 443-4443
   Telecopier:  (916) 443-2124
5
   Attorneys for Defendants
6  CITY OF SACRAMENTO, MAX FERNANDEZ, JOSHUA
   PINO, JOHN VANELLA
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO R. MORENO, | NO. CIV.S-01-0725 DFL DAD |
| Plaintiff, | **APPLICATION FOR STIPULATION REGARDING RELIEF FROM JUDGMENT OR ORDER; ORDER THEREON** |
| vs. | |
| CITY OF SACRAMENTO, MAX FERNANDEZ, JOSHUA PINO, JOHN VANELLA, UNKNOWN POLICE OFFICERS, 1-10, | |
| Defendants. | |

Plaintiff MARIO MORENO and Defendants, CITY OF SACRAMENTO, MAX FERNANDEZ, JOSHUA PINO and JOHN VANELLA hereby apply to the court, pursuant to their stipulation and FRCP 60(b) that judgment in this matter be modified and relief granted to the parties as follows:

1. That the judgment awarding punitive damages against Defendants JOHN VANELLA, JOSHUA PINO and MAX FERNANDEZ be vacated.

2. That judgment in favor of MARIO MORENO for compensatory damages be increased to the sum of SIX HUNDRED EIGHTY THOUSAND AND NO/100 DOLLARS ($680,000.00), and that said judgment be deemed to have been entered as of the date of the initial

judgment.

3. That payment of said sum by or on behalf of Defendants to Plaintiff MARIO MORENO shall satisfy the judgment against them, but that this application, stipulation and any order thereon shall not affect MARIO MORENO's rights to recover attorneys' fees, pursuant to 42 U.S.C. § 1988.

Dated: March 22, 2006        NAGELEY, MEREDITH & MILLER

By  /s/ Andrea M.. Miller
ANDREA M. MILLER
Attorneys for Plaintiff MARIO MORENO

Dated: March 22, 2006        RANDOLPH CREGGER & CHALFANT LLP

By  /s/ Thomas A. Cregger
THOMAS A. CREGGER
Attorneys for Defendants CITY OF SACRAMENTO, MAX FERNANDEZ, JOSHUA PINO, JOHN VANELLA

**ORDER**

IT IS SO ORDERED.

Dated: 3/23/2006

_____
DAVID F. LEVI
United States District Judge

G:\DOCS\LEV\3. Signed Orders to be Processed\01cv725.o.323.wpd.wpd

- 2 -
APPLICATION FOR STIPULATION REGARDING RELIEF FROM JUDGMENT OR ORDER; ORDER THEREON