ANDREA M. MILLER [SBN: 088992]
NAGELEY, MEREDITH & MILLER, INC.
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952

Attorney for Plaintiff MARIO R. MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO R. MORENO,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>  Defendant.<br>_____/ | **Case No.:  CIV-S-01-725 DFL DAD**<br><br>**STIPULATION TO RELEASE SETTLEMENT FUNDS TO INTEREST BEARING TRUST ACCOUNT** |

Plaintiff, MARIO MORENO, Defendants, CITY OF SACRAMENTO, et al, and lien claimant, WALTER HARVEY, hereby agree to allow the payment of the funds in partial satisfaction of the Judgment in favor of Mario Moreno to be made into an interest bearing trust account under the control of Plaintiff's attorneys of record and not to be drawn upon until a determination is made by the Court as to the competing claims to the funds.

SO STIPULATED.

March 31, 2006                                                          POOLE & PEREIRA


                                                                                  BY:   /s/ Paul Pereira
                                                                                          PAUL PEREIRA

| | |
|---|---|
| March 31, 2006 | BORTON, PETRINI, et al |
| | BY: /a/ Mark Newman |
| | MARK NEWMAN |
| March 31, 2006 | NAGELEY, MEREDITH & MILLER, INC. |
| | BY: /s/ Andrea M. Miller |
| | ANDREA M. MILLER |
| March 31, 2006 | LAW OFFICES OF LANNY WINBERRY |
| | BY: /s/ Lanny Winberry |
| | LANNY WINBERRY |

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| April 6, 2006 | /s/ David F. Levi |
| | DAVID F. LEVI |
| | UNITED STATES DISTRICT COURT JUDGE |