ANDREA M. MILLER [SBN: 088992]
NAGELEY, MEREDITH & MILLER, INC.
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952

Attorney for Plaintiff
MARIO R. MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO R. MORENO,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>            Defendant.<br>_____/ | Case No.:  CIV-S-01-725 DFL DAD<br><br>**STIPULATION TO RELEASE LIEN ON PROCEEDS IN SATISFACTION OF JUDGMENT** |

Plaintiff, MARIO MORENO, Defendants, CITY OF SACRAMENTO, et al, and judgment lien claimant, WALTER HARVEY, do hereby stipulate and agree to release the claim of lien asserted by WALTER HARVEY, the judgment under which that claim was being made having been declared void by the Court which issued it.  Lien claimant WALTER HARVEY does hereby agree to the release of any interest in any and all said funds payable to Plaintiff and/or his attorneys by virtue of the judgment in this action and that those funds can now be drawn upon by Plaintiff MARIO MORENO and his attorneys

// // //

// // //

// // //

Stipulation re Release of Judgment Lien         - 1 -

of record free of any claim of the said WALTER HARVEY.

SO STIPULATED.

April 13, 2006                                    POOLE & PEREIRA


                                                  BY:  /s/ PAUL PEREIRA
                                                       PAUL PEREIRA
                                                       Attorney for Judgment lien
                                                       Claimant WALTER HARVEY

April 14, 2006                                    BORTON, PETRINI, et al


                                                  BY:  /s/ MARK NEWMAN
                                                       MARK NEWMAN
                                                       Attorney for Judgment lien
                                                       Claimant WALTER HARVEY

April 18, 2006                                    NAGELEY, MEREDITH & MILLER, INC.


                                                  BY:  /s/ ANDREA M. MILLER
                                                       ANDREA M. MILLER
                                                       Attorney for Plaintiff
                                                       MARIO MORENO

April 17, 2006                                    RANDOLPH, CREEGER & CHALFANT


                                                  BY:  /s/ THOMAS CREEGER
                                                       THOMAS CREEGER
                                                       Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

April 21, 2006                                    /s/ David F. Levi
                                                  DAVID F. LEVI
                                                  UNITED STATES DISTRICT COURT JUDGE