ANDREA M. MILLER [SBN: 88992]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone: (916) 386-8282
Facsimile:   (916) 386-8952

Attorneys for Plaintiff MARIO R. MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO R. MORENO,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>            Defendant. | Case No.:  CIV-S-01-725 DFL DAD<br><br>**STIPULATION REGARDING RELIEF FROM JUDGMENT OR ORDER FOR ATTORNEYS FEES; ORDER THEREON** |

Plaintiff MARIO MORENO and defendants, CITY OF SACRAMENTO, MAX FERNANDEZ, JOSHUA PINO and JOHN VANELLA hereby stipulate that defendants be granted a partial satisfaction of judgment for the attorneys' fees and costs awarded to date in this case, in the amount of $494,726.86.  Payment of said sum by or on behalf of the Defendants to Plaintiff and Judgment creditor MARIO MORENO is hereby acknowledged and shall be deemed to be partial satisfaction of judgment for said fees and costs.  This stipulation and order shall not affect MARIO MORENO's rights to recover attorney's fees which are currently on appeal.

// // //

// // //

Stipulation re Partial Satisfaction of Judgmt    -1-

SO STIPULATED.

April 24, 2006                                    NAGELEY, MEREDITH & MILLER, INC.


                                                  BY:  /s/ ANDREA M. MILLER
                                                       ANDREA M. MILLER
                                                       Attorney for Plaintiff
                                                       MARIO MORENO

April 20, 2006                                    RANDOLPH, CREEGER & CHALFANT


                                                  BY:   /s/ THOMAS CREEGER
                                                        THOMAS CREEGER
                                                        Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: May 3, 2006

                                /s/ David F. Levi
                                DAVID F. LEVI
                                UNITED STATES DISTRICT COURT JUDGE

Stipulation re Partial Satisfaction of Judgmt    -1-