RANDOLPH CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
ROBERT L. CHALFANT, State Bar No. 203051
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Telecopier: (916) 443-2124

Attorneys for Defendants
CITY OF SACRAMENTO, MAX FERNANDEZ, JOSHUA PINO, JOHN VANELLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO R. MORENO, | NO. CIV.S-01-0725 JAM DAD |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| CITY OF SACRAMENTO, MAX FERNANDEZ, JOSHUA PINO, JOHN VANELLA, UNKNOWN POLICE OFFICERS, 1-10, | |
| Defendants. / | |

The parties, through their respective counsel, hereby stipulate to dismiss the above-entitled action.

Dated: _____, 2008    NAGELEY, MEREDITH & MILLER, INC.


_____
GREGORY A. MEREDITH
Attorneys for Plaintiff

Dated: _____, 2008    RANDOLPH CREGGER & CHALFANT LLP


_____
THOMAS A. CREGGER
Attorneys for Defendants

- 1 -

STIPULATION AND ORDER FOR DISMISSAL

1 **<u>ORDER</u>**

2     IT IS SO ORDERED.

3 Dated: September 3, 2008

/s/ John A. Mendez
4                                 HON. JOHN A. MENDEZ
                                U. S. DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Randolph Cregger & Chalfant** 25

26

- 2 -

STIPULATION AND ORDER FOR DISMISSAL